UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. 3:05-cr-00140 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| KENNETH L. JONES | ) | |

## MOTION TO SUBSTITUTE COUNSEL

The undersigned counsel gives notice of appearance on behalf of the United States of America in the above styled case; and respectfully moves the Court to substitute him as counsel, relieving Mr. Wehby of his responsibilities therein.

By: */s/ Joseph P. Montminy*
Joseph P. Montminy
Assistant U. S. Attorney
110 9th Avenue South
Suite A-96l
Nashville, Tennessee 37203
(615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2016, a true and correct copy of the foregoing document was sent via the Court's ECF system to Isaiah S. Gant, counsel for the defendant.

s/ *Joseph P. Montminy*
Joseph P. Montminy
Assistant United States Attorney